UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:19-CR-60 DRL-SLC |
| RONNII WALLACE, | |
| Defendant. | |

## ORDER

This matter is before the court on the findings and recommendation of Magistrate Judge Susan Collins filed on December 16, 2019 (ECF 40). On December 11, 2019, Defendant Ronnii Wallace pleaded guilty to the sole count of the indictment: unlawfully possessing a firearm as a felon. 18 U.S.C. § 922(g)(1). The defendant has not objected to the Magistrate Judge's findings and recommendation, so the court now adopts the findings and recommendation in their entirety. Subject to this court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to the offense charged in the indictment is hereby ACCEPTED, and the defendant is adjudged guilty of such offenses.

Furthermore, the defendant's motion to continue the sentencing hearing (ECF 41) is GRANTED with sentencing reset to April 24, 2020 at 10:00 a.m. in Fort Wayne.

SO ORDERED.

January 3, 2020

*s/ Damon R. Leichty*
Judge, United States District Court